UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JULIUS JACOB LUDWIG,<br><br>                 Petitioner,<br>v.<br><br>ISIDRO BACA, et al.,<br><br>                 Respondents. | Case No. 3:18-cv-00361-MMD-VPC<br><br>ORDER |

This habeas matter comes before the Court for consideration of Petitioner's application to proceed *in forma pauperis* (ECF No. 1) and for initial review pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.

The Court finds that Petitioner is able to pay the $5.00 filing fee. The application for leave to proceed in *forma pauperis* will therefore be denied, and Petitioner will be required to pay the filing fee within thirty (30) days of date of entry of this order.

Turning to the petition, Local Rule LSR 3-1 requires Petitioner to file his petition on the Court's required § 2254 petition form. Instead of complying with the local rule, Petitioner used the petition form as a cover document and incorporated a legal memorandum—with extensive legal argument—filed in the state courts. Petitioner must use the required form to state his claims without incorporating other documents by reference and without extended legal argument and case citation. Petitioner therefore must file an amended petition using the required petition form to allege the factual bases

of his claims. He may add additional pages to the required petition form if he needs more space to state his claims.

It is therefore ordered that the application (ECF No. 1) to proceed *in forma pauperis* is denied. Petitioner will have thirty (30) days from entry of this order within which to have the filing fee of five dollars ($5.00) sent to the Clerk of Court.

It is further ordered that the Clerk of Court file the petition (ECF No. 1-1), but Petitioner must mail to the clerk for filing an amended petition using only the required petition form to state his claim, without incorporating other documents, and without extensive legal argument and case citation, within thirty days of the date of this order. Petitioner must clearly title the amended petition as an amended petition by placing the word "AMENDED" immediately above "Petition for a Writ of Habeas Corpus" on page 1 in the caption, and he must place the docket number, 3:18-cv-00361-MMD-VPC, in the designated space above the word "AMENDED." Under Local Rule LR 15-1, the amended petition must be complete in itself without reference to previously filed papers. Thus, the claims and allegations that are stated in the amended petition will be the only matters remaining before the court. Any claims or allegations that are left out of the amended petition or that are not re-alleged will not be considered.

This action will be dismissed without further prior notice if Petitioner fails to fully and timely comply with this order.

The Clerk will send petitioner two (2) copies of this order. Petitioner must make the necessary arrangements to have one (1) copy of this order attached to the check for the filing fee. The Clerk will send Petitioner two copies of a noncapital § 2254 form along with one copy each of the instructions for the form and Petitioner's original petition.

DATED THIS 20th day of August 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE