UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JULIUS JACOB LUDWIG, | Case No. 3:18-cv-00361-MMD-CBC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

On August 20, 2018, the Court directed Petitioner to pay the $5.00 filing fee and to file an amended petition within thirty days of the Court's order. While Petitioner timely filed an amended petition, the filing fee has yet to be paid.

Accordingly, it is hereby ordered that Petitioner will have twenty days from the date of entry of this order to pay the $5.00 filing fee. Failure to do so will result in the dismissal of this petition without prejudice and without further advance notice.

The Clerk will send petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to the check for the filing fee.

DATED THIS 15th day of November 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE