UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JULIUS JACOB LUDWIG,<br><br>                Petitioner,<br>    v.<br>ISIDRO BACA, *et al.*,<br><br>                Respondents. | Case No. 3:18-cv-00361-MMD-CBC<br><br>ORDER |

Good cause appearing, Petitioner's unopposed motion for extension of time (ECF No. 14) is granted. Petitioner will have until June 13, 2019, to file an amended petition for writ of habeas corpus.

DATED THIS 30th day of April 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE