UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JULIUS JACOB LUDWIG,<br><br>　　　　　　　　　　　Petitioner,<br>　　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　　　　Respondents. | Case No. 3:18-cv-00361-MMD-CBC<br><br>ORDER |

Petitioner moves for leave to file under seal four exhibits in support of his second amended petition for writ of habeas corpus relief. (ECF No. 22.) Exhibits 105, 109, and 113 are the petitioner's psychological records. Exhibit 106 is the petitioner's presentence investigation report, which is a confidential document. In accordance with the requirements of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), the Court finds that a compelling need to protect the privacy and/or personal identifying information of petitioner in the sealed exhibits outweighs the public interest in open access to court records. The motion for leave to file Exhibits 105, 106, 109 and 113 under seal (ECF No. 22) is therefore granted, and those exhibits are considered properly filed under seal.

DATED THIS 17th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE