# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIUS JACOB LUDWIG,<br><br>Petitioner,<br>v.<br>ISIDRO BACA, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00361-MMD-CBC<br><br>ORDER |

Respondents' Motion for Enlargement of Time (ECF No. 25) is granted. Respondents will have until September 11, 2019, to file an answer or otherwise respond to the Second Amended Petition for Writ of Habeas Corpus (ECF No. 16) in this case.

DATED THIS 12th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE