1

2

3                           UNITED STATES DISTRICT COURT

4                               DISTRICT OF NEVADA

5                                      * * *

6    JULIUS JACOB LUDWIG,                        Case No. 3:18-cv-00361-MMD-CBC

7                              Petitioner,                    ORDER

8         v.

9    ISIDRO BACA, *et al.*,

10                            Respondents.

11        Good cause appearing, Petitioner's Unopposed Motion for Extension of Time (ECF

12   No. 29) is granted. Petitioner has until November 8, 2019, to oppose Respondents'

13   Motion to Dismiss (ECF No. 27).

14        DATED THIS 25th day of September 2019.

15

16   _____

17   MIRANDA M. DU
     CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28