# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JULIUS JACOB LUDWIG, | Case No. 3:18-cv-00361-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Good cause appearing, Respondents' first unopposed Motion for Enlargement of Time (ECF No. 32) is granted. Respondents have until December 12, 2019, to file a reply in support of the Motion to Dismiss (ECF No. 27).

DATED THIS 13th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE