UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JULIUS JACOB LUDWIG, | Case No. 3:18-cv-00361-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Good cause appearing, Respondents' second unopposed Motion for Enlargement of Time (ECF No. 34) is granted. Respondents have until January 2, 2020, to file a reply in support of the Motion to Dismiss (ECF No. 27).

DATED THIS 13th day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE