UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JULIUS JACOB LUDWIG,

Petitioner,

v.

ISIDRO BACA, *et al.*,

Respondents.

Case No. 3:18-cv-00361-MMD-CLB

ORDER

Good cause appearing, Respondents' unopposed first Motion for Enlargement of Time (ECF No. 41) is granted. Respondents have until December 2, 2020, to answer the surviving claims of the Second Amended Petition for Writ of Habeas Corpus (ECF No. 16).

DATED THIS 29th Day of October 2020.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE