UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JULIUS JACOB LUDWIG,

Petitioner,

v.

ISIDRO BACA, *et al.*,

Respondents.

Case No. 3:18-cv-00361-MMD-CLB

ORDER

Good cause appearing, Respondents' unopposed second motion for enlargement of time (ECF No. 43) is granted. Respondents have until December 16, 2020, to answer the surviving claims of the Second Amended Petition (ECF No. 16).

DATED THIS 1st Day of December 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE