UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIUS JACOB LUDWIG,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:18-cv-00361-MMD-CLB<br><br>ORDER |

　　Good cause appearing, Respondents' unopposed third motion for enlargement of time (ECF No. 45) is granted. Respondents have until December 23, 2020 to answer the surviving claims of the Second Amended Petition (ECF No. 16).

　　DATED THIS 17th Day of December 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE