UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JULIUS JACOB LUDWIG,

Petitioner,

v.

ISIDRO BACA, *et al.*,

Respondents.

Case No. 3:18-cv-00361-MMD-CLB

ORDER

Good cause appearing, it is hereby ordered that Petitioner Julius Jacob Ludwig's unopposed first Motion for Extension of Time (ECF No. 51) is granted. Ludwig has until February 12, 2021, to reply to Respondents' answer to the second amended petition for writ of habeas corpus.

DATED THIS 29th Day of January 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE